**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| JOHN ODOMS, JR., | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 3:11-cv-00185-SWW-JJV |
| JACK MCKANN; *et al.,* | * |
| | * |
| Defendants. | * |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED THIS 30th DAY OF JANUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE